# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Flanders Electric Motor Service, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case no. 1-17-cv-34 |
| Gary Owen, Linda Owen, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is Plaintiff Flanders Electric Motor Service, Inc.'s Motion to Substitute Proper Party. (Docket No. 8). In the motion, the plaintiff notes it improperly identified itself in its complaint and that Flanders ND, LLC and Flanders Electric, Inc. are the proper plaintiffs in this matter. The Defendants do not oppose this motion.

The court **GRANTS** the plaintiff's motion. Flanders ND, LLC and Flanders Electric, Inc. shall be substituted as the plaintiffs of record in this matter. Flanders Electric Motor Service, Inc. shall be terminated as a plaintiff in this action.

**IT IS SO ORDERED.**

Dated this 12th day of April, 2017.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court