# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Flanders ND, LLC, Flanders Electric, Inc., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Gary Owen, Linda Owen, | ) ) | Case No. 1:17-cv-034 |
| Defendants. | ) ) | |

Before the court is a "Motion to Compel Initial Disclosures and for Sanctions" filed by defendants on June 27, 2017. The court held a conference with the parties by telephone on August 17, 2017. Pursuant to its discussion with the parties, the court **DENIES** defendant's motion (Docket Nos 14 and 17) without prejudice.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2017.

                                                                   */s/ Charles S. Miller, Jr.*
                                                                    Charles S. Miller, Jr., Magistrate Judge
                                                                    United States District Court